In the Matter of the Conservatorship of the Estate of James Osborne, Sr., an Incompetent Person.
James Osborne, Jr., Conservator of James Osborne, Sr., Petitioner-Appellee, v. Drexel Collins and Clementine Collins, Respondents-Appellants.

Gen. No. 10,371. 

Third District.

January 23, 1962.

Dreman & Sterling, of Belleville, for appellants; McGrady & Madden, of Gillespie, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.